# EXHIBIT A

## CARDIAC DIAGNOSTICS, INC.

Tel: 800-564-5270    Fax: 877-HEART 16    Email: info@mycardiac.com

# Dear Dan Murdoch,
# Are you looking for ways to IMPROVE PATIENT CARE and INCREASE YOUR REVENUES?






Chest pain    Congestive Heart Failure    Palpitations    Dizziness

## CARDIAC DIAGNOSTICS CAN HELP YOU DO BOTH!





**Holter / Event Monitoring**    **Real-time Cardiac Telemetry**    **Pacemaker Monitoring**

For more information, please call
# (800) 564-5270

The recipient is entitled to request that the sender not send any future unsolicited advertisements to its telephone facsimile machine. Failure to comply within 30 days from the date the request is properly made is unlawful. (844) 490-0652 is the telephone number and (847) 205-7589 is the fax number for the recipient to transfer such opt-out request.

HOL-12