# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Able Home Health, LLC,

Plaintiff(s),

v.

Cardiac Diagnostics, Inc. et al ,

Defendant(s).

Case No. 14cv6538
Judge John Robert Blakey

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Able Home Health, LLC
and against defendant(s) Cardiac Diagnostics, Inc.
in the amount of $9,664.00 ,

which ☐ includes pre–judgment interest.
☒ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge John Robert Blakey on a motion for entry of default and default judgment [29].

Date: 3/6/2015                                    Thomas G. Bruton, Clerk of Court

                                                  G. Lewis , Deputy Clerk